```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                          Case No. 16-15156-sr
David E. Layton                                                 Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Yvette              Page 1 of 1              Date Rcvd: Jul 26, 2016
                              Form ID: 130              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2016.
db             +David E. Layton,    115 Autumn Drive,    Lititz, PA 17543-9385

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2016 at the address(es) listed below:
              MICHAEL D. HESS    on behalf of Debtor David E. Layton amburke7@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 2

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                          Chapter: 13

   David E. Layton

                     Debtor(s)               Bankruptcy No: 16–15156–sr

*O R D E R*

**AND NOW,** this 25th day of July 2016 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 08/4/2016. Chapter 13 Plan due by 08/4/2016.Chapter 13
    Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
    Due 08/4/2016 Schedules AB–J due 08/4/2016. Statement of Financial Affairs due 08/4/2016.
    Summary of Assets and Liabilities Form B106 due 08/4/2016. Means Test Calculation 122C–2
    due 08/4/2016.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Stephen Raslavich
Judge , United States Bankruptcy Court

5
Form 130