**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: David E. Layton  Debtor(s) | Chapter 13  Bankruptcy No. 16-15156-sr |
|---|---|

## ORDER

AND NOW, this <u>4th</u> day of August 2016, upon consideration of the Debtors' Application for Extension of Time to File Schedules and Chapter 13 Plan, and it appearing that good cause for granting an extension of time has been shown,

IT IS HEREBY ORDERED that the Debtor is granted an extension of time, to September 2, 2016, in order to file the schedules, Chapter 13 Plan and statements required to be filed by National Bankruptcy Rule 1007.

**BY THE COURT:**

_____
**Judge Stephen Raslavich**

**Michael D. Hess, Esquire**
Burke & Hess
1672 Manheim Pike
Lancaster, PA  17601
**Counsel for the Debtors**

**Frederick L. Reigle**
**Chapter 13 Trustee**
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107