9:37 AM
07/06/16
Accrual Basis

**Landis Wash And Lube, LLC.**
**Find Report**
January 1 through July 6, 2016

| Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Jan 1 - Jul 6, 16** | | | | | | | | | | |
| Check | 07/02/2016 | 5603 | Dave Layton | | 1005 · North West ... | | | 6010 · Adverti... | -200.00 | -200.00 |
| Check | 07/02/2016 | 5603 | Dave Layton | marketing | 6010 · Advertising | 01-Car ... | | 1005 · North ... | 200.00 | 0.00 |
| Check | 07/01/2016 | 5622 | Dave Layton | | 1005 · North West ... | | | 6010 · Adverti... | -300.00 | -300.00 |
| Check | 07/01/2016 | 5622 | Dave Layton | marketing | 6010 · Advertising | 01-Car ... | | 1005 · North ... | 300.00 | 0.00 |
| Check | 06/07/2016 | 5572 | Dave Layton | | 1005 · North West ... | | | 6010 · Adverti... | -275.00 | -275.00 |
| Check | 06/07/2016 | 5572 | Dave Layton | marketing | 6010 · Advertising | 01-Car ... | | 1005 · North ... | 275.00 | 0.00 |
| Check | 03/18/2016 | 5429 | Dave Layton | | 1005 · North West ... | | X | 6010 · Adverti... | -300.00 | -300.00 |
| Check | 03/18/2016 | 5429 | Dave Layton | marketing | 6010 · Advertising | 01-Car ... | | 1005 · North ... | 300.00 | 0.00 |
| Check | 01/08/2016 | 5305 | Dave Layton | | 1005 · North West ... | | X | 6010 · Adverti... | -150.00 | -150.00 |
| Check | 01/08/2016 | 5305 | Dave Layton | marketing | 6010 · Advertising | 01-Car ... | | 1005 · North ... | 150.00 | 0.00 |
| Check | 01/06/2016 | 5306 | Dave Layton | | 1005 · North West ... | | X | 6010 · Adverti... | -100.00 | -100.00 |
| Check | 01/06/2016 | 5306 | Dave Layton | marketing | 6010 · Advertising | 01-Car ... | | 1005 · North ... | 100.00 | 0.00 |
| **Jan 1 - Jul 6, 16** | | | | | | | | | **0.00** | **0.00** |