United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15156-sr
David E. Layton                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Lisa              Page 1 of 2              Date Rcvd: Sep 14, 2016
                               Form ID: 309I           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
db             +David E. Layton,    115 Autumn Drive,    Lititz, PA 17543-9385
tr             +FREDERICK L. REIGLE,    Chapter 13 Trustee,   2901 St. Lawrence Avenue,   P.O. Box 4010,
                 Reading, PA 19606-0410
13763407       +Chrysoula L. Soulidis,    847 Sylvan Road,   Lancaster, PA 17601-1987
13763409       +First Tennessee Bank,    PO Box 84,   Memphis, TN 38101-0084
13770596       +First Tennessee Bank National Association,    PO Box 1469,   Knoxville, TN 37901-1469
13763411       +Fulton Friedman & Gullace LLP,    500 First Federal Plaza,   Rochester, NY 14614-1928
13763412       +Gary G. Efstration, Esq.,    232 E. Orange Street,   Lancaster, PA 17602-3179
13763413       +Jason Layton,    258 Northridge Drive,   Landisville, PA 17538-1044
13763414        Kay Jewelers,    375 Ghat Road,   Akron, OH 44333
13763417       +PNC Bank Mortgage Service,    3232 Newark Drive,   Miamisburg, OH 45342-5433
13763418       +Susquehanna Bank,    1570 Manheim Pike,   Lancaster, PA 17601-3038
13763419        Udren Law Offices, P.C.,    Woodcrest Corporate Center,   111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: amburke7@yahoo.com Sep 15 2016 02:09:41      MICHAEL D. HESS,   BURKE & HESS,
                 1672 Manheim Pike,   Lancaster, PA 17601-3028
smg             E-mail/Text: bankruptcy@phila.gov Sep 15 2016 02:10:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2016 02:10:10      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 15 2016 02:10:05      United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13763404       +EDI: AISACG.COM Sep 15 2016 01:58:00      Ascension Capital Group,   PO Box 201347,
                 Arlington, TX 76006-1347
13763404       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 15 2016 02:03:42      Ascension Capital Group,
                 PO Box 201347,   Arlington, TX 76006-1347
13763405        EDI: ACCE.COM Sep 15 2016 01:58:00     Asset Accpetance, LLC,    PO Box 2036,
                 Warren, MI 48090-2036
13779924       +E-mail/Text: bankruptcy@bbandt.com Sep 15 2016 02:09:48     BB&T, Bankruptcy Section,
                 100-50-01-51,   P.O. Box 1847,   Wilson, NC 27894-1847
13763408        EDI: DISCOVER.COM Sep 15 2016 01:58:00     Discover Bank,    PO Box 3008,   New Albany, OH 43054
13763410       +EDI: FMAALLIANCE.COM Sep 15 2016 01:58:00      FMA Alliance, LTD,   12339 Cutten Road,
                 Houston, TX 77066-1807
13763415       +EDI: LTDFINANCIAL.COM Sep 15 2016 01:58:00      LTD Financial Services,   7322 Southwest Freeway,
                 Suite 1600,   Houston, TX 77074-2134
13763416       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2016 02:09:55      PA Department of Revenue,
                 Bureau of Individual taxes,   Dept. 280604,   Harrisburg, PA 17128-0001
13780693        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2016 02:09:55
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13763406         Auto Showcase of Neffsville, Inc.
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Lisa               Page 2 of 2            Date Rcvd: Sep 14, 2016
                              Form ID: 309I            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   FIRST TENNESSEE BANK Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN
               INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY
               MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor David E. Layton amburke7@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **David E. Layton** | | | Social Security number or ITIN | xxx–xx–4894 |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | | Social Security number or ITIN | _ _ _ _ |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | | Date case filed for chapter  13 | 7/21/16 |
| Case number: | **16–15156–sr** | | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David E. Layton | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 115 Autumn Drive<br>Lititz, PA 17543 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL D. HESS<br>BURKE & HESS<br>1672 Manheim Pike<br>Lancaster, PA 17601–3028 | Contact phone (717) 391–2911<br>Email:  amburke7@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office ––<br>8:30 A.M. to 5:00 P.M Reading Office<br>–– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br>Date: 9/14/16 |

**For more information, see page 2**

Official Form 309I            **Notice of Chapter 13 Bankruptcy Case**            page 1

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 11, 2016 at 2:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/10/16** |
|  | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/9/17** |
|  | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/17/17** |
|  | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |  |
|  | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $500.00 per month for 60 months. The hearing on confirmation will be held on:<br>**11/16/16** at **10:00 AM**, Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |