United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-15156-sr
David E. Layton                                                     Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett          Page 1 of 2                  Date Rcvd: Feb 23, 2017
                              Form ID: pdf900          Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
```
db             +David E. Layton,    115 Autumn Drive,    Lititz, PA 17543-9385
13763407       +Chrysoula L. Soulidis,    847 Sylvan Road,    Lancaster, PA 17601-1987
13763410       +FMA Alliance, LTD,    12339 Cutten Road,    Houston, TX 77066-1807
13763409       +First Tennessee Bank,    PO Box 84,    Memphis, TN 38101-0084
13770596       +First Tennessee Bank National Association,    PO Box 1469,    Knoxville, TN 37901-1469
13763411       +Fulton Friedman & Gullace LLP,    500 First Federal Plaza,    Rochester, NY 14614-1928
13763412       +Gary G. Efstration, Esq.,    232 E. Orange Street,    Lancaster, PA 17602-3179
13763413       +Jason Layton,    258 Northridge Drive,    Landisville, PA 17538-1044
13763414        Kay Jewelers,    375 Ghat Road,    Akron, OH 44333
13763417       +PNC Bank Mortgage Service,    3232 Newark Drive,    Miamisburg, OH 45342-5433
13848458       +PNC Mortgage, a division of PNC Bank, NA,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13763418       +Susquehanna Bank,    1570 Manheim Pike,    Lancaster, PA 17601-3038
13763419        Udren Law Offices, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 24 2017 01:49:28     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 24 2017 01:49:22     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13763404       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 24 2017 01:39:51     Ascension Capital Group,
                 PO Box 201347,    Arlington, TX 76006-1347
13763405        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 24 2017 01:49:10     Asset Accpetance, LLC,
                 PO Box 2036,    Warren, MI 48090-2036
13779924       +E-mail/Text: bankruptcy@bbandt.com Feb 24 2017 01:48:55     BB&T, Bankruptcy Section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
13763408        E-mail/Text: mrdiscen@discover.com Feb 24 2017 01:48:47     Discover Bank,    PO Box 3008,
                 New Albany, OH 43054
13763415       +E-mail/Text: ebn@ltdfin.com Feb 24 2017 01:48:57     LTD Financial Services,
                 7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13763416       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:49:04     PA Department of Revenue,
                 Bureau of Individual taxes,    Dept. 280604,    Harrisburg, PA 17128-0001
13780693        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:49:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTAL: 9
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13763406        Auto Showcase of Neffsville, Inc.
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   FIRST TENNESSEE BANK Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Antoinett             Page 2 of 2                  Date Rcvd: Feb 23, 2017
                              Form ID: pdf900             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO NATIONAL CITY REAL ESTATE SERVICES, LLC, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, INC., FORMERLY KNOWN AS NATIONAL CITY MORTGAGE CO. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          MICHAEL D. HESS    on behalf of Debtor David E. Layton amburke7@yahoo.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                  TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

DAVID E. LAYTON
                                                    : Bankruptcy No. 16-15156SR
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*[signature]*

Stephen Raslavich, B. J.   2/23/17

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

DAVID E. LAYTON
115 AUTUMN DRIVE
LITITZ,PA.17543