UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

David E. Layton :   CASE NO: 16-15156-sr
:
:
:   CHAPTER 13
:
DEBTOR

**O R D E R**

AND NOW, this _____ day of _____, 2017, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtor, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved in the amount of $2,761.00 plus $44.39 for expense reimbursement of which $1,615.39 shall be paid by the Trustee to the extent provided for by the plan.

*/s/ Stephen Raslavich*

**JUDGE STEPHEN RASLAVICH**

**Date: March 24, 2017**